AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>CODY VOLLAN, (XX/XX/XXXX)<br>ANTHONY CAROLLO, (XX/XX/XXXX)<br>JEREMIAH CAROLLO, (XX/XX/XXXX)<br><br>*Defendant(s)* | Case: 1:22-mj-00014<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 1/14/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description | Defendant |
|---|---|---|
| 18 U.S.C. § 1752(a)(1) - | Entering and Remaining in a Restricted Building or Grounds; | Defendant Cody Vollan<br>Defendant Anthony Carollo<br>Defendant Jeremiah Carollo |
| 18 U.S.C. § 1752(a)(1) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | Defendant Cody Vollan<br>Defendant Anthony Carollo<br>Defendant Jeremiah Carollo |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly Conduct in a Capitol Building; | Defendant Cody Vollan<br>Defendant Anthony Carollo<br>Defendant Jeremiah Carollo |
| 40 U.S.C. § 5104(e)(2)(G) - | Parading, Demonstrating, or Picketing in a Capitol Building | Defendant Cody Vollan<br>Defendant Anthony Carollo<br>Defendant Jeremiah Carollo |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complaint's Signature

John Coleman, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/14/2022

_____
*Judge's signature*

City and state: Washington, D.C.          G. Michael Harvey  U.S. Magistrate Judge
*Printed name and title*