UNITED STATES DISTRICT COURT
FOR THE DISTRICT OFCOLUMBIA

UNITED STATES OF AMERICA

v.                      22-CR-44 (APM)

JEREMIAH CAROLLO

### CONSENT MOTION TO AMEND TRAVEL RESTRICTIONS IN DEFENDANT'S CONDITIONS OF RELEASE

The defendant, through counsel, and with the consent of the Government moves this honorable Court to amend his conditions of release to permit travel to Chicago, IL. and to Lockport IL. on May 13th and 14th to attend Memorial services for a family member.

He also requests permission to travel to Homewood, IL. and to Lockwood IL. from June3rd, 2022 through June 6th, 2022 to attend family school graduations and celebrations.

Mr. Carrolo is in compliance with all conditions of release.

**WHEREFORE** the defendant requests the Court permit him to amend his conditions of release to allow travel to Illinois on May 13th and 14th and June 3rd through June 6th, 2022 for family engagements.

Respectfully submitted,

_____/s_____
H. Heather Shaner, Esq. #273276
Counsel for Defendant
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com