UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                v.                22-cr- 44 Hon. Judge Mehta

JEREMIAH CAROLLO

SENTENCING MEMORANDUM FOR MR. CAROLLO

     Pursuant to 18 USC § 3553(a), the Court shall impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense; to promote respect for the law and to provide just punishment for the offense; to afford adequate deterrence; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational/vocational training, medical care, or other correctional treatment. For these reasons the defendant requests this Honorable Court accept the Sentencing Recommendation of the United States Office of Probation and  impose a sentence of 12 months probation, a lump sum payment of $500.00 restitution within thirty days or sentence and 50 hours of community service as a term of probation.

     The government's suggested sentence is disproportionate to the sentences imposed on other similarly situated "minor" actors. It also overstates the culpability and criminality of the defendant.

1

The mission of the United States Office of Probation is to evaluate each individual defendant and his or her personal characteristics in light of the charged criminal conduct and to recommend an appropriate sentence to the Court.  The United States Office of Probation applies its considerable knowledge and experience to adopt a just recommendation pursuant to 18 USC §3553(a) to guide the Court. A period of 12 months probation is an appropriate sentence, in light of Jeremiah's lifetime of good citizenship, employment and his service to our country in the United States Marines.

The video exhibits provided to the Court by the Government show no serious misconduct, beyond his presence at the Capitol.  He has nothing in either hand. He holds no weapon.  No flag.  No poster.  No banner.  He wears no political clothing.  He is present and he is watching the rioters.  He entered the building and remained in the Capitol for about 16 minutes before walking out. He neither destroyed nor removed any physical object. He did not assault a member of law enforcement.

He entered a guilty plea, as soon as a plea agreement was extended. He accepts full responsibility for his misconduct.  He hired an attorney, although he was eligible for court appointed counsel.  He has studied the U.S. Constitution and read history books and historical fiction in an effort to refine his understanding on what happened on January 6, 2021.  He watched the Select House Committee Hearings on January 6th.  He has read <u>Maus</u>, <u>Bury My Heart at Wounded Knee,</u> <u>March</u> among other books. He is using his time and energy to become a better human being, brother and citizen.

We request a sentence which is appropriate, but not greater than necessary, to sanction the conduct of Jeremiah Carollo on January 6th, 2021.

It was one day. much regretted by Mr. Carollo, in a lifetime of at least 16,425 lawful days.

As a result of his arrest Jeremiah has been vilified and shamed in the local press. He remains humiliated and ashamed of his actions. As a result of his guilty plea. he lost his government clearance and was forced to resign from his longtime job with Southwest Airlines. This Spring he contracted Covid. He became grievously ill. His experience with Covid changed his idea about the benefits of the vaccine. He has since been vaccinated and has encouraged all his family members and friends to be vaccinated. Jeremiah is a good man, who is open to new learning and to personal change. He has studied. He has educated himself. And he has grown.

We agree with P.O. Willet that there is "no perceived benefit to either the defendant or to society to be derived from an extensively punitive sentence." A non-custodial sentence involving a short period of probation is a just sentence. He is not a delinquent. He has shown great responsibility throughout his life. He has been totally compliant with Probation and the Office of Pre-trial Supervision. He took it upon himself to seek an attorney he hoped would provide both legal counsel and suggest readings to help him educate himself on American history and the genesis of current events.

He has taken the events of the last twenty months very seriously. He is a good candidate for a Sentence of Probation. At this writing the Office of United States Probation has evaluated the conduct, personal history and characteristics of over 250 individuals charged with crimes on January 6, 2021. As to Jeremiah Carollo the Office of Probation found:

Defendant Carollo's culpability appears to be minimal in contrast with rioters who destroyed or stole government property and/or those who assaulted or threatened law enforcement officers on that date. [He] entered

the US Capitol building through an open window…[he] walked around for about 16 minutes…before exiting the building.  [Document 44]

      We adopt the recommendation of the Office of United States Probation and request a Sentence of Probation, Restitution and Community Service.

                                        Respectfully submitted,

                                        _____/s_____
H. Heather Shaner, Esq.
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com