<u>Maus</u>, are two graphic novels based on a true story, written by Art Spegielman.  Spegielman is the author as well as the cartoonist for the book. He depicts the people as anthropomorphic characters- The Germans are cats, the Polish are pigs, the Americans dogs, and the French are frogs. He uses different animals showing the Nazi's hierarchical fascist views of the world. Hitler once called the Jewish people mice and tried to exterminate them.

The books tell the story of a Holocaust survivor, his own father and his father's experiences in the 1930's and 1940's during the Nazi occupation of Poland and eastern Europe.  The survival story is so horrific that his father's and mother's legacy of survival lingers into Art's own struggles as an adult. Art assumes that his parents had Survivors guilt. Furthermore, it also appears, his father suffered from Post Traumatic Syndrome, (PTSD) although never mentioned in the details of the story.

Chapter One starts with Artie visiting his father, at his father homes in Rego Park, New York. There he starts to gather his father memories to write the book. In  the beginning Art and Vladek do not have a good relationship. It is very constrained and Art does not seem to enjoy visiting his father. However, Art is determined to hear his fathers past as a holocaust survivor and he makes an effort to hear his story. Art is eager and hopes to understand his parents as an adult. Even if his father complains continuously about his own health, the medical community, and how they are trying to kill him. He never has anything positive to say to Art. The conversations often start with a critique at Art or his second wife, Mala.  He blames Art and others for many things that Art doesn't even have control over. He exaggerates small inconveniences into larger problems. He drops his medications and blames Art.  Vladek views his meticulousness as admirable, while Art and Mala see it as unrealistic and controlling. Mala is Vladek's second wife. They also do not get along well and they both dislike each other.

Most of the Chapters are flashbacks from the present to the past. In chapter one, Art immediately asks about his mother, who committed suicide when Art was 20 years old.  Art, during this time was also receiving mental health treatment in a hospital. There are many unresolved issues with his parents that are displayed throughout the book.

Art asks about how his parents met. He wishes to know as much about the past as he can from his father. His father boasts about his early attractive years. Vladek in his young 20's dated a woman, Lucia Greenberg. She was very much in love with Vladek, she desired to marry him. But after a few years of their relationship, Vladek was introduced to Anja Zylberberg, Art's Mother and Vladeks first wife. They were introduced by Vladeks cousin. Anja was not as attractive as Lucia according to many people. However, Vladek, fell in love with Anja. He found her to be much more sensitive and intelligent. She also came from a very wealthy family. Her parents owned the largest hosiery factories in Poland. While

1

visiting Anja and professing his love for her and not Lucia, Art inspects Anja's room and closets. He even writes down the type of medication she takes for her nervousness and weight. He is pleased at how clean and organized Anja is with the house. A year, later Vladek moved to Sosnowiec and was engaged to Anja. Vladek is welcomed with much warmth and love into the Zyberberg family.

During the "Honeymoon" stage Vladek finds out that Anja is a communist sympathizer. She is almost caught translating documents for the movement. Vladek is furious and forbids Anja from ever helping again. She respects his requests and cuts all ties to the communist party because Vladek threatens her with divorce.

Soon, Anja's father offers Vladek financial help. Desiring that his grandchildren are well off one day, he helps finance Vladek's textile factories. Vladek then started a factory in Bielsko in October of 1937. This is also when their first son Richieu is born. He later is poisoned by his own Aunt Tosha, to save him from the ravages at Auschwitz. After Richieu is born Anja suffers from depression. The family urges Vladek to take Anja to a luxurious sanitarium in Czechoslovakia.

On the way there on the train rides, many of the Jewish passengers notice Nazi flags hanging in the town squares. It was early 1938 and Antisemitism was starting to unfold publicly. The men share many scary stories of Germany during that time. Jewish people being kicked out of their homes and businesses. Jewish people being beaten and attacked out of hatred. Vladek continued to stay with Anja at the sanitarium for Anja's health. They enjoyed the fancy place and were able to enjoy their time with much peace and comfort. Anja is now feeling better so they're able to return back home to Sosnowiec. Once home, Vladek finds out the factory is robbed. More and more riots are happening in Poland and Germany. People yelling at Jews was becoming more and more prevalent. The riots and daily and antisemitism were growing rapidly.

In August of 1939 Vladek is drafted into the Polish Army. He is sent to the German front and captured as a prisoner of war. He is forced to carry and bury the German soldiers. He buries a soldier he had killed himself.

Flashing back to the present time, Vladek, during dinner complains to Artie and tells him how he was starved by his father. He tells Artie how he should eat more green beans. Vladek becomes insistent for Artie to finish his plate. Vladek places guilt on Artie with another painful story of hunger from Vladeks past when he was 21 and continues to tell the story of his hunger pangs as a prisoner of war.

During 1939, Vladek is captured by the German Army as a prisoner of war. He is forced to live in unsanitary, cold and starving conditions. The Jewish people were treated worse than other prisoners of war. Many of the prisoners died from the cold weather, malnutrition, lice and diseases.  One day, the

2

prisoners have a chance to register to work at a camp. Many think it is a trap, but Vladek sees an opportunity for better conditions. He was correct and he gets an opportunity to work for food and better shelter. However, the work is not a regular job. Instead, the labor is rigorous and difficult. They had to move "mountains" and build roads for the Germans.  Many leave because the work is too hard and they cannot do the physically demanding work.

Then one night, he has a dream from his deceased grandfather. He is told that on Parshas-Truma , he will be released. Vladek celebrates this week, as many good things happen to him. Marriage, birth of a child and he is released that week. He is very excited but life is still very dangerous for him. The Germans allowed some of the Polish prisoners to be released but the Jewish prisoners were killed without regard to the international rules of war. Vladek, was released in his Polish soldier uniform.

Luckily, he is able to return to his family on a train, pretending to be Polish. He made friends with a Polish "train man" and was able to hide on the train. Soon, Vladek is able to reach his mother and father. His father takes him to Anja and her family. Twelve members of the family lived together. It was beneficial that Anja's father was wealthy.  They are still able to be somewhat comfortable. They use their valuables and wealth to pay many bribes.  Still, other Jewish families are ridiculed and beaten for no reason. Vladek, reminiscences of how happy he was to see his son Richieu and his wife Anja. To return from war to his loving family, was all that he wanted at the time.

But back in present time, Vladek complains again about how Mala only wants his money. And how much he misses Anja. He dislikes Mala. He complains she is with him only because of his money. Artie is again uneasy of his father talking about Mala and money.  He decides he will leave for the night. While trying to retrieve his coat, he realizes his father has thrown his jacket away. His father insists he take one of his to wear. He actually throws Artie's coat into the trash can, stating it is not good enough, He forces Artie to wear one of his coats. He is obsessed with things and financial control.

On the next visit, Vladek continues to share his story to Artie of life in Sosnowiec in 1940. By this time, the Nazis have started their full control and abuse to the Jewish citizens. The Jewish people are given ration books for food, yet the food is barely enough to survive.  Vladek and many others are forced to work on the Black Market for food and goods. If the Germans catch them using the black market or any other small crimes, they are hung them in the town center. Once, four of Vladek's friends are hung in the town for over a week. The Nazis  remove the Jewish people from their homes into smaller apartments. The Jewish people are forced into curfews, public hangings, and are rounded up and deported to be slaughtered in death camps.

In the previous year, 1939, on August the 12th the Germans came and took more and more Jewish people away to kill. Vladek lost his sister, Fela, her four children and his father that day. He never saw them, again. That day and many other days like it the Germans tricked the Jewish people. The Germans liked to register people and keep detailed notes. They were very organized to keep track of people. They would then separate people they could utilize on one side. Then on the other side were old, weak, very young, or people they could not use as laborers. They would send to the "bad" side those to be killed en mass.  Fela, and her young children are sent to the "bad" side. His father, desperate for his daughter sneaks into the "bad" side. Vladek never sees them again. They are murdered. Vladek is exhausted from his poor health and horrid memories of his past.

Mala is Vladek's second wife, She also lost her parents in Auschwitz. Her Mother hid as long as she could in wretched conditions. Some people committed suicide to avoid the horrible conditions placed upon them. They lived in rooms full of feces and dead bodies. Mala is also stressed from Vladek's neurosis and her own painful memories. She starts to lash out at Artie in fear of Vladek;s reactions to his past.

Later, as the story continues, the horrors don't end soon enough. Instead, work permits are no longer safe for the Jewish people. The "better side" no longer existed.  By January of 1941 the Jewish people are expelled from Sosnowiec and other towns and forced into ghettos. Things get worse for the Jewish people, now they are even having to hide. The desire to exterminate the entire race. And they start committing genocide.


In the present, Vladek calls Artie often to have him over and help with things and spend time with Artie. This is difficult for Artie because Vladek is unrealistic about how effective Artie is as a handy person.

In the meantime, his father has come across an old comic book that Artie had published after his mothers suicide. The graphic novel was harsh and expressive of very dark feelings. How he felt about his mothers lack of affection for him and her constant mental illnesses. Her depression  got worse through the years after the war. He named his book, Prisoner on the Hell Planet. The details were painful and very personal to Vladek. He attacks Artie for being so cruel, while being cruel  himself.

In the early 1940's Vladek and Anja hide more and more. Things got worse and worse for the Jewish people. They were taken as slave labor and moved around by the Germans to wherever they were needed labor. Life becomes more and more dangerous. The Germans would soon round up the elderly and sick and start killing them at deaths camps. They were of no use to the Germans, if they were old

4

and frail. Eventually everyone was sent off daily on buses and trains to be murdered, ruthlessly. Vladek and Anja had already sent Richieu with Tosha to hide from the Germans to the town of Zawiercie. They tried hiding in bunkers and farm houses but, that only lasted so long. They buy some time with an old Polish lady friend, Mrs Kawka's. Vladek hires smugglers to try to get out of the ghetto. Instead they are double crossed by the smugglers. They are separated and taken to Auschwitz. They felt as though they would never get out again. They feared for their lives because so many Jewish people were being slaughtered.

At Auschwitz, Vladek and Anja are separated into womens and mens camps. Vladek is not allowed to see Anja. Artie knows he doesn't have Anjas side of the story. He realizes how valuable Anjas side of the story could be for his book. Artie wants to know what Anjas experiences were. Artie continues to beg his father for her diaries, but Vladek will not show him Anja's diaries. Finally, Vladek, is forced to fess up and tell the truth about her diaries. One day out of pain and anger he destroyed the diaries and many of Anja's nice things. In a fit of rage, Artie calls his father a murderer and decides to leave. His father is regretful and asks Artie to come visit more often.

The story continues in book Two of Maus, where Artie is summoned by his father while he is on vacation with Francois. Francois is Artie's French wife. They rush to his father, only to find out he has tricked them into visiting him. Mala, tired of the fights, has left Vladek. Instead of worrying if she will come back, Vladek is more concerned about his money. He accuses Mala again of only caring about his money. Artie is scolded about the wooden matches he used to make morning coffee. He is told to only use the book matches, as they are free. Artie is then told about Vladeks cheapness by his neighbors. Mala's is forced to return a hair brush, because Vladek refused to pay for it. Francois learns Vladek's frugal ways are beyond help. She confides in Artie and that his father actually leaves the stove on, in order to save a match. The cost of the gas for the stove is included in the rent. Artie realizes this is an example of the unhealthy way Vladek manages his life. Vladek is obsessive compulsive about every single detail which stresses Artie very much. His fathers meticulous details are trivial to Artie, while for Vladek it is everything in his world.

Artie wants to hear more about Vladeks past. So during those several days Vladek shares with him the appalling details of the Holocaust. Once, at Auschwitz, Vladek tells Artie about the men and women given clothes and shoes that didn't fit. Wooden shoes that were too small. Stale hard bread to eat and soup with just water. They are housed in conditions of death and disease right next to them. They are forced to shower in the cold and in groups. The conditions are so harsh people die daily of weakness and

starvation. But Vladek, a survivor, uses his discipline and work ethic willing to sacrifice everything for each meal. He saves even his scraps for Anja.  He uses every slice of bread to get information of news of her and another chance to survive. He makes his way using his English skills to teach a prison guard. He begs for new clothing for his friends like Mandelbaum. He saves his cigarettes to trade for more edible foods. He makes exchanges counting every item he is able to retrieve and save. He adds and subtracts cigarettes, slices of bread, pieces of string that may be of practical use. He tries to get more and more information about Anja through Mancie, another worker in the camp. He got food to her, also with the help from Mancie. Vladek is extremely resourceful and pays attention to every piece of information, recalling  whom he could bribe for what he could acquire. He and his friend exchange clothes and outfits for food. Sometimes they are served food if they appear cleaner to the guards. They are taken for opportunities to work for another meal, if they are cleaner than other prisoners. Those horrible months in Auschwitz, Vladek was able to survive on his work ethic, his discipline towards good health and hygiene and his smarts. His willpower was  never to quit. To be lazy for Vladek, was death. Many tried to escape and to kill some guards.  However, they were not successful. They were killed for their attempts.

  In 1944, during ten months in Auschwitz, Vladek is quarantined, works in the tin shop, shoe shop and forced to do black work. Vladek also had to see the horrible gas chambers himself. He and other prisoners are forced to wash and clean the pipes in the rooms full of cremated bodies. He recalls every detail to the buildings. The memory is imprinted in his mind.

  Towards the end of the war, the guards tried to have the prisoners walk out of the camp and then they would shoot and kill them a mile down the road. They did not want all the prisoners in the camps. It would show the horrors of what was really taking place in the camps. Many, however, did not make the march out. For Vladek, when he and his friends were marched out, instead of being shot they were transported around in cattle cars. Many died in the train cars of suffocation and disease. Vladek ate snow to survive. He would drag snow off the train tops and trade snow with another for sugar. The Red Cross once was able to give them food and coffee. They were then moved around back into Germany into another camp. In Dachau, many of them caught typhus from the lice, many died, and Vladek himself gets very ill with typhus. He is so ill he can't eat. He takes his bread and hides it for later.

  Soon, they are transported to Switzerland where they were supposed to be exchanged for other prisoners of war. Instead Vladek and others ended up back on the German side with much confusion. But within days, the Americans were able to liberate them after a chaotic shoot out. Vladek, even after the war, struggles to get back home. He and another friend help eachother to safety. He registers with Jewish organizations and they are able to locate Anja. He learns Anja was liberated with the Russians before

Vladek and their camp. Mancie had kept her close and helped Anja get back to Sosnowiec. Finally he and Anja are reunited there. Shortly afterward, they immigrate to America.

      It is clear by this time, Vladeks strengths of meticulousness that helped him and Anja survive, were the same skills that almost suffocate him and his relationships for the remaining years of his life. Why every match meant something. Why every bite on a plate of green beans meant not to die. How a coat could save him, A uniform jacket for a disguise on the train. He had to work at labor camps for food and shelter. He had to swallow his pride and help teach English to the same person hurting his own people. He was betrayed by his own cousins for goods. The paranoia of wondering what could go wrong was buried underneath all of Vladeks neurosis. Those traits manifested into complaints, stress, guilt, and insecurities toward everyone he loved.  Artie, as a child was ignorant of the deep scars the Holocaust left on his parents.  Artie also suffered without knowing the details of the Holocaust. As a child of a survivor he suffers many doubts and insecurities. His mothers history was so painful an everyday nightmare she could only end the unbearable with her own death.