Your Honor,

A few weeks prior to January 6th, 2021, one of my co-workers told me how he was going to Washington D.C. to see Trump speak for the last time as President. He was planning to attend with his daughters.

It sounded like a unique experience so I decided I would attempt to go as well. I contacted my cousin and brother, and they were also both excited at the chance to go see Trump speak as well. I was able to book a hotel room for Jan 5th and I then flew to Baltimore. My cousin and brother picked me up from the hotel because they drove from Chicago.

We stayed the night in our hotel on January the 5th. The following morning, we started walking to the Washington Monument.  We didn't realize we were about 7 miles away, so at that point we got Uber to take us as close as possible. I tried to find my co-worker and his daughters but there were so many people it was impossible.

After Trump was done speaking, he said something along the lines of " now let's go down there and tell them how you feel." The majority of the crowd then proceeded to the Capitol building. The walk took about 30 minutes. When we arrived, there were perhaps a few hundred people already there standing. They were about 10 feet away from the police.  I told my cousin and brother that we should move up closer so we could see what was going on. Over the next 30 minutes the crowd went from a few hundred to several thousand. We were at the rear of the Capitol. Several people had climbed the media tower and they had a large megaphone, Someone was reading something from a prewritten statement.

At this point several people made their way right up to the police line and were acting extremely aggressive. It was at this point the three of us backed  up maybe 50 feet to stay away from what seemed like potential violence. People started shouting more and more and pushing against the police line. An officer at that point pulled out a large container and started spraying mace at the people in front of him. As soon as that happened, several people at the front pulled out their own canisters and started spraying mace back at the police. Once the protestors started macing the police, it  escalated drastically. The police started throwing a type of flash bang grenade, using tear gas, and shooting people with pepper balls. It became very chaotic. Many people had backpacks with beer coolers. they would chug beers then go right back up to the police lines. I myself never saw any physical assaults from capital police against protestors, or protestors assaulting the capital police. But a lot of chemical agents were used from both sides. And it was smokey and chaotic.

At some point the Capital Police started launching tear gas into the crowd. The three of us breathed in tear gas, so we ran about 50 feet towards one side of the steps. From this angle we could see people climbing the walls.  After about ten minutes to recover, it seemed as if all the police had left, and hundreds of people were walking up the steps of the Capital towards the

upper platform. The three of us misjudged what was happening and joined the crowd. We continued walking up the steps and ended up by a door that was opened and a window next to the door that was broken. My cousin and brother were hesitant to go in but, I told them to follow me, and I motioned them to follow me in through the broken window.   A very poor decision.

I recall, someone helping me in through the window. Initially, I didn't recall that a person that helped me, until I saw the footage in the news with of the exact moment of me going in through the window. The man that helped me through said, "There are men down that hallway with guns. They said we can go down this hallway, but if anyone sets foot in that hallway, they will shoot them dead."   In the video footage, I then look down the hallway, but did not enter the hallway I was warned about. The man warned every person that came in not to go down that particular hallway.

I then remember walking around and going up some stairs. We ended up outside the vestibule of the Speaker of the House.   It was then I heard a loud bang right behind me. Someone had taken a stanchion and tried hitting the wood placard to the Speaker of the House. An older man and I stopped him and told him "don't break anything."   I then walk about 20 feet into another hallway. I saw a group of people shouting and banging against a set of glass doors.  I turned around to find my brother and cousin.  A group of people had torn down the placard. The three of us felt things seemed to be escalating, so we decided it was time to leave. As we were exiting the front of the Capitol Building, a swat team came into the building. After leaving the building we walked for about 15 to 30 minutes. It was very cold, and we walked around talking about what had just happened and trying to get an Uber.

From the moment we arrived to the Capitol, it was a surreal experience. I thought we were in the building maybe 1 to 2 hours.   Since then I was told we were inside  only about 17 minutes.  Some things I remember in great detail and some things I did not recall at all,  until I saw it on video. As soon as I saw the video footage of myself,  I remembered the man who helped me through the window and  being warned to avoid a specific hall..

We took an Uber back to the hotel.  We picked up our car and started the drive back to Chicago.  We were very subdued.  While listening to the news on the radio, we realized we had made a serious mistake by going into the Capitol. What we thought, was a civil protest was something much more serious. We all agreed we should not post anything on social media. We learned about the physical damage to the building, beyond what we had seen.   We learned about the physical assaults which injured civilians.  We learned about the horrific attacks on law enforcement.

The next 6 months   I waited for the FBI to come to my house. The  three of us contemplated turning ourselves in to law enforcement.  We followed the arrests in the news.  One  article stated that law enforcement said not to turn yourself in. " You don't come to us, we'll come to you."   A few months prior to my arrest two FBI agents came to my house and questioned me for about 90 minutes.  I was completely forthcoming about everything we did.   I have no reason to lie and it would be foolish, considering everything is on camera.

What motivated me to hire Heather Shaner as my attorney was, she is very reputable, and I was able to watch her on mainstream media discuss a case from January 6th. I also majored in history in college, and I knew she stresses reading and educating her clients. I valued the opportunity to acquire new knowledge.

As far as Covid, I had always been healthy. Healthy weight and no preexisting conditions. When I was a baggage handler for Southwest Airlines, I was continuously active. I never took any regular medications, I had worked with many co-workers that described varying symptoms. I figured having worked at the airport, that if I would catch Covid I could let my immune system do its job. I did not get vaccinated. That was a very serious mistake. I caught Covid. I couldn't eat for 10 day. I barely could drink anything. I lost 25 lbs and I still have trouble with "brain fog" and focusing months after catching it. My coordination has also been affected. I have to concentrate to do many things I did easily, prior to infection with Covid.

As far as my feelings about what I did on January 6th, 2021 , I am angry at myself for getting caught up in the moment. I am also angry at myself for dragging my cousin and brother with me. I am older than they are and I never should have involved them in my foolishness. I am remorseful about the psychological and physical harm to members of law enforcement to which my actions contributed. From images I saw on television, the officers that I saw, appeared to be terrified from having their workplace overrun. The Congressmen and Congresswomen were harmed by the entry of violent citizens into the building. The police were overpowered. In addition to the awful injuries we caused to many public servants, we created a bad image of America for the rest of the world to see. America under such criminal unrest. Not a permitted civil protest. But violent and unlawful misconduct.

As for personal renewal, I have prayed more to God this past year than I have in the prayed in the last thirty years. I have become spiritually stronger, and I have to remember that all things are in God's hands. I have also reduced the amount of news I read. I choose not to get caught up in an echo chamber from politicians or news sources. My purpose now on how I can improve myself and be a more informed citizen. I recently was fired from my long term job as a result of my poor choice. I am still suffering from long Covid. I am now telling my family to get vaccinated. I want to make my family and community stronger and to focus on improvement to my own life and to not worry so much about things that are not in my control.

Respectfully,

Jeremiah Carollo